

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

March 19, 2020

Raymond A. Garcia
Direct Dial: 212.806.5485
Fax: 212.806.6006
rgarcia@stroock.com

Hon. Lorna G. Schofield
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: <u>Gordon v. Equifax Information Services, LLC, et al., Case No. 1:20-cv-00593-LGS</u>

Dear Judge Schofield:

We represent defendant American Express National Bank ("American Express"), sued as American Express Co., in the above-referenced action. We write together with counsel for plaintiff Chaim Gordon, counsel for Experian Information Solutions, Inc., and counsel for Capital One Bank (USA) N.A. (together, the "Requesting Parties"), to request an adjournment of the March 24, 2020 initial status conference. The instant request is submitted in light of the ongoing health pandemic and to accommodate an in-person conference with the Court at a later date to discuss anticipated motions and/or discovery issues. For this reason, the Requesting Parties seek a 30-day adjournment of the initial conference. The Requesting Parties have not previously requested any adjournment. If the Court declines to adjourn the conference, the Requesting Parties ask that they be permitted to appear by telephone.[1]

Respectfully submitted,

*/s/ Raymond A. Garcia*

Raymond A. Garcia

cc: All Counsel (via ECF)

Application GRANTED. The March 24, 2020, 10:30 a.m. conference is adjourned to April 30, 2020, at 10:50 a.m. The parties shall file their joint conference materials and proposed case management plan, in accordance with the Order at Dkt. No. 5, at least 7 days in advance of the conference.

Dated: March 20, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Equifax Information Services, LLC joins only in the request for telephonic appearances.

**STROOCK & STROOCK & LAVAN LLP** New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com