

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

4/23/2020

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Gordon v. Equifax Information Services, LLC, et al.*, <u>1:20-cv-00593-LGS</u>

Dear Judge Schofield:

We represent plaintiff Chaim Gordon in the above-referenced action and write on consent of all parties in advance of the upcoming April 30, 2020 initial pre-trial conference. The parties had already filed a case management plan in this action on March 17, 2020, which outlined a schedule calling for the close of all discovery within six months from the date of the originally scheduled March 24, 2020 conference.

Since there are no issues to raise with the Court at this time – and as permitted by the Court's Individual Practices – the parties respectfully request that the Court cancel the April 30, 2020 initial pretrial conference. We respectfully request that the Court modify by an additional 60 days each of the dates outlined in the case management plan filed on March 17, 2020 to both account for the month that already transpired since that March 17th filing, plus an additional month to account for COVID-19 related delays.

We thank the Court for its consideration of the above request.

Respectfully submitted,
/s/ Edward Y. Kroub
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

Application GRANTED in part. The initial pretrial conference scheduled for April 30, 2020, is **cancelled**.

The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to file a Rule 12 motion and to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact or expert discovery absent compelling circumstances.

The Clerk of Court is respectfully directed to close Dkt. No. 33.

Dated: April 24, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE