UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :
CHAIM GORDON,                                 :
                                              :
                            Plaintiff,        :       20 Civ. 593 (LGS)
                                              :
              -against-                       :       ORDER
                                              :
EQUIFAX INFORMATION SERVICES,                 :
LLC, ET Al.,                                  :
                                              :
                            Defendants.   X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that Plaintiff and Defendant Capital One Bank (USA) N.A. ("Defendant Capital One") have reached a settlement in principle in this case (Dkt. No. 36). Accordingly, it is hereby ORDERED that **this action is dismissed as to Defendant Capital One**, without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Defendant Capital One need not attend any scheduled conference nor submit material as a related party.

Dated:  April 30, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**