UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CHAIM GORDON,

                            Plaintiff,    :          20 Civ. 593 (LGS)

              -against-    :          ORDER

EQUIFAX INFORMATION SERVICES,
LLC, ET Al.,

                          Defendants.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that Plaintiff and Defendant Experian Information Solutions, Inc. have reached a settlement in principle in this case (Dkt. No. 51).  Accordingly, it is hereby ORDERED that **this action is dismissed as to Defendant Experian Information Solutions, Inc.**, without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Defendant Experian Information Solutions, Inc. need not attend any scheduled conference nor submit material as a related party.

Dated: June 19, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE