UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                              :

CHAIM GORDON,                       :

                   Plaintiff,     :

                             :           20 Civ. 593 (LGS)

          -against-            :

                             :                <u>ORDER</u>

EQUIFAX INFORMATION SERVICES, LLC, ET   :
AL.,                                   :

                             :

                Defendants.   :
-----------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order at Dkt. No. 40 requires Plaintiff and Defendant Discover Bank to file a

joint letter on the status of arbitration by **June 19, 2020**.  The parties did not timely file this letter.  It is

hereby

      **ORDERED** that the parties shall file the letter as soon as possible and no later than **June 25,**

**2020**.

Dated: June 22, 2020
       New York, New York

                                 **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**