UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CHAIM GORDON,
                              Plaintiff,         20 Civ. 593 (LGS)

         -against-                       ORDER

EQUIFAX INFORMATION SERVICES,
LLC, ET Al.,

                            Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that Plaintiff and Defendant Discover Bank have reached a settlement in principle in this case (Dkt. No. 58).  Accordingly, it is hereby ORDERED that **this action is dismissed as to Defendant Discover Bank**, without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Defendant Discover Bank need not attend any scheduled conference nor submit material as a related party.

Dated:  June 30, 2020
         New York, New York

                                                      LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE