UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHAIM GORDON,

         Plaintiff,

   -against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

         Defendants.
------------------------------------------------------------X

20 Civ. 593 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, the Order dated July 21, 2020, requires the parties to file a status letter every sixty days;

 WHEREAS, a status letter was due on May 17, 2021;

 WHEREAS, the parties failed to submit the letter. It is hereby

 **ORDERED** that, by **May 25, 2021**, the parties shall file the status letter.

Dated: May 21, 2021
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**