```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHAIM GORDON,                                               :
                                      Plaintiff,            :
                                                            :   20 Civ. 593 (LGS)
                   -against-                                :
                                                            :            ORDER
EQUIFAX INFORMATION SERVICES, LLC, et                       :
al.,                                                        :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 21, 2020, requires the parties to file a status letter every sixty days;

WHEREAS, the parties last filed a status letter on May, 21, 2021;

WHEREAS, a status letter was due on July 20, 2021;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **July 23, 2021**, the parties shall file the status letter.

Dated: July 21, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**