```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CHAIM GORDON,                                                 :
                                                              :
                              Plaintiff,                      :    20 Civ. 593 (LGS)
                                                              :
               -against-                                      :         ORDER
                                                              :
EQUIFAX INFORMATION SERVICES, LLC, et                         :
al.,                                                          :
                                                              :
                              Defendant.   X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the Parties have concluded the arbitration of their dispute, and the Parties jointly request dismissal of this action. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated: July 26, 2021
       New York, New York

                                        _____
                                          LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE